

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00949-CV

**IN THE INTEREST OF J.C.R.**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA02916
Honorable Richard Garcia, Associate Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order terminating Appellant Diana H.'s parental rights is AFFIRMED. No costs of appeal are assessed against Appellant Diana H.

SIGNED May 15, 2019.

_____
Liza A. Rodriguez, Justice